DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ALDRIDGE

No. 372P00

Case below: 134 N.C. App. 185

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

STATE v. ALDRIDGE

No. 469P00

Case below: 139 N.C. App. 706

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 20 December 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

STATE v. ALLEN

No. 70A86-7

Case below: Halifax County Superior Court

Application by defendant for writ of habeas corpus denied 20 December 2000.

STATE v. BITTING

No. 393P00

Case below: 132 N.C. App. 823

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.

STATE v. CALDERON

No. 286P00

Case below: 134 N.C. App. 186

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 20 December 2000.